# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA GUADALUPE MICHEL BARAJAS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-01444-CDB (SS)<br><br>ORDER GRANTING *NUNC PRO TUNC* UNOPPOSED MOTION TO EXTEND TIME TO FILE CROSS MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 19) |

Plaintiff Irma Guadalupe Michel Barajas ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On July 5, 2023, Plaintiff filed a motion for summary judgment. (Doc. 17).

Pending before the Court is Defendant's unopposed motion for an extension of time to file its cross-motion for summary judgment. (Doc. 19). Defendant requests the time to file its motion be extended from August 20, 2023, to September 20, 2023. *Id*. Accordingly, in light of the unopposed motion and good cause appearing, IT IS HEREBY ORDERED: Defendant shall file its cross motion on or before September 20, 2023.

IT IS SO ORDERED.

Dated: __**August 23, 2023**__                   _____
                                                  UNITED STATES MAGISTRATE JUDGE